IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

☐ **ORIGINAL**

---

Nachman Nachmenson

---

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

NYPD 77th precinct

---

---

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

CV17 3637

DeARCY HALL, J.

LEVY, M...

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

2017 JUN 14 AM 11:49

FILED
CLERK

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nachman Nachmenson |
| Street Address | 95 Utica avenue |
| City and County | Brooklyn |
| State and Zip Code | N.Y. 11213 |
| Telephone Number | 516-4442529 |
| E-mail Address | delhi770@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | NYPD 77th precinct |
| Job or Title (if known) | |
| Street Address | 127 Utica Avenue |
| City and County | Brooklyn |
| State and Zip Code | N.Y. 11213 |
| Telephone Number | (718) 735-0611 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* ___NYPD 77th precinct___, is a citizen of the State of *(name)* ___NY___. *Or is a citizen of (foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* ___NYPD 77th precinct___, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

A. The Judge should order them stop to abuse us.

B. 770,000,000 dollars

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pleses see attached paper page 6

בס"ד

B"H

06/14/2017

Greetings the federal court judge

Please save us from 77th precinct . They are revengening my child, my family and me.

On April,23, 2013 officers from 77th precinct arrested and beat me for no reason. In the last four years there is court case against them in supreme court, but meanwhile they are revengeance.

On May, 28,2017 someone broke into our living place, and stole and ruined my son's art.  The value of the art is over than 1000 dollars. The 77th precinct doesn't want to give us the report number  for incident. I am being harassed by Sargent Mr Sands. It is cannot be continued in normal state, the police in 77th precinct is like a mafia. They don't want to investigate the incident and not to check the cameras.

When people broke the window  on May 2017, I called the police dozens of times, but the police never showed up.

The police think it is the way to take revenge on me. The police is cooperate the "shmira" the Jewish community patrol. People from the shmira itself stole my son's stuff, the police is cover on them.

The reason of the stealing that made by Gilad Bazel and his people is to cause my children to feel uncomfortable and to leave the building. I want to tell you some background: this building is built by donors. The purpose of the building is to host guests that coming to lubavitcher Rebbe. The person who did this project his name is mendy hendel, he helped me to get a room for my children after we thrown out from the shelter in st John to the shelter in Dean Street. Because the shelter in Dean Street was very far away from my children's school and wasn't bussing arrangement, so mendy hendel gave us a room.

But, Gilad Bazel is doing illegal things and now is the time to report about him. He is collecting from each guest 150 dollars per night by cash and the guests don't know from the federal laws, Because they coming from israel for short time they give the money…  against the law because the building is called: "chabad hospitality" non profit organization. But, Gilad's greed instinct knows no bounds, he is squeezing money from the gusts and stealing from the government by not reporting and by not giving any receipts. He was angry about rabbi hendel and that why he tried to throw out my children and made this stealing.
The Sargent Sands is cooperate with him, because Gilad is working in shmira (the community patrol). The Sargent Sands us asking me:"how dare  I complain about Gilad, he is the in charge of the hospitality?" and I am saying in my heart this Gilad is cheater, he is stealing from people and the government.

6

The hospitality address is: 272 Kingston Ave Brooklyn ny 11213.

Please check this out honored judge, it is injustice with cover of the NYPD that helps to thieves and not protecting residents.

I feel like I am living in third world place not in America, it is child abuse, the police take revenge in kids. This behavior is like in India, Caracas, Pakistan, Syria, not suitable for America.
We are trusting G-d.
Please your honor Judge stop the corruption.

The badge number of the officers that showed up and cooperate with shmira and refused to make a report is:

1 Ashbourne 583
2 SANDS 3348
3 FONTEBOA 2521
4 16023   NO NAME
5 CLARK 28472
6 ARCIA 400
7 danigun  NO PAGE NUMBER
Complain number in the internal affair: 2017-20864.

Sincerely
Rabbi Nachman nachmenson
95 Utica Avenue
Brooklyn NY 11213
516-444-2529
delhi770@gmail.com

7

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. The Judge should order them stop to abuse us.

B. 770,000,000 dollars

C. they have to do their job even they are defendat, they have to protect the resident

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  06/14 , 20 17

Signature of Plaintiff

Printed Name of Plaintiff    Nachman Nachmenson

8